532 P.2d 888

**John Paul CUTNOSE, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 10268.

Supreme Court of New Mexico.

Dec. 20, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1444, 87 N.M. 307, 532 P.2d 896 be and the same is hereby returned to the Clerk of the Court of Appeals.

532 P.2d 888

**STATE of New Mexico, Petitioner,**

v.

**John Paul CUTNOSE, Respondent.**

No. 10261.

Supreme Court of New Mexico.

Dec. 20, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1444, 87 N.M. 307, 532 P.2d 896 be and the same is hereby returned to the Clerk of the Court of Appeals.

532 P.2d 888

**E. S. GALLEGOS, as administrator of the Estate of Robert A. Gallegos, Deceased, et al., Petitioners,**

v.

**W. H. MORRISON, Individually, and as Executor of the Estate of Florence Earnest Morrison, Deceased, et al., Respondents.**

No. 10342.

Supreme Court of New Mexico.

Feb. 13, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1562, 87 N.M. 305, 532 P.2d 894 be and the same is hereby returned to the Clerk of the Court of Appeals.

532 P.2d 888

**Harwood R. RICE, Sr., Petitioner,**

v.

**Joseph W. GIDEON and Albuquerque Gravel Products Company, Respondents.**

No. 10117.

Supreme Court of New Mexico.

March 5, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the Writ of Certiorari heretofore issued in the above entitled cause on August 26, 1974 be and the same is hereby quashed as having been improvidently issued.

Further ordered that the record in Court of Appeals Cause No. 1173, 86 N.M. 560, 525 P.2d 920 be and the same is hereby returned to the Clerk of the Court of Appeals.